| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 2:05CR00063-1 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 2:24-cr-00183-APG-NJK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Robert Geiner | Wyoming | U.S. Probation |
| | NAME OF SENTENCING JUDGE William F. Downes, U.S. District Court Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/28/2020 | TO Life |

OFFENSE
Attempted Interstate Transportation of Child Pornography; Possession of Child Pornography

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant does not plan on returning to Wyoming.

FILED _____ RECEIVED _____
ENTERED _____ SERVED ON _____
AUG 13 2024
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi   DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  Wyoming

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/9/24
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF  Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 14, 2024
*Effective Date*

*United States District Judge*

1

# UNITED STATES PROBATION OFFICE
# DISTRICT OF NEVADA
# MEMORANDUM

RE: Robert Geiner

Case No.:  Wyoming Case Number: 05CR00063

REQUEST FOR ACCEPTANCE OF JURISDICTION

August 12, 2024

TO:    United States District Judge

On June 8, 2006, the Honorable William F. Downes sentenced Mr. Geiner to 210 months imprisonment, followed by a lifetime term of supervised release for committing the offenses of Attempted Interstate Transportation of Child Pornography and Possession of Child Pornography. On January 28, 2020, Mr. Geiner commenced supervision in the District of Nevada, Las Vegas.

On August 9, 2024, the Honorable Scott W. Skavdahl signed the Probation 22 form agreeing to transfer jurisdiction of Mr. Geiner's case to the District of Nevada.  As Mr. Geiner does not intend to return to the District of Wyoming, the undersigned officer respectfully requests that the District of Nevada accept jurisdiction of the case. Additionally, Mr. Geiner continues to struggle with compliance, including following instructions of the undersigned officer. As such, transferring jurisdiction would allow the undersigned officer to address any future violations expeditiously.  Should the Court agree with this request, the Probation 22 form is attached for Your Honor's signature.

Please contact the undersigned officer at tawni_salem@nvp.uscourts.gov or 702-278-8528 with any questions or concerns.

Respectfully submitted,

Tawni Salem
*Digitally signed by Tawni Salem*
*Date: 2024.08.13 08:45:03 -07'00'*

Tawni Salem
Senior United States Probation Officer

Approved:

*Digitally signed by Amberleigh Barajas*
*Date: 2024.08.12 15:40:58 -07'00'*

Amberleigh Barajas
Supervisory United States Probation Officer