Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Robert Geiner

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Robert Geiner,<br><br>      Defendant. | Case No. 2:24-cr-00183-APG-NJK<br><br>**Stipulation to Dismiss Petition and Vacate Hearing** |

Probation filed a petition (ECF No. 28) and addendum (ECF No. 38) alleging violations of conditions of supervised release. Mr. Geiner admitted to these violations, and the Court held sentencing in abeyance for 60 days. (ECF No. 39.) Probation will file another addendum soon documenting some additional minor violations.

The parties hereby stipulate and agree that the petition and addenda should be dismissed without prejudice and that the hearing set for Friday, January 16, 2026, at 10:00 AM should be vacated.

While Mr. Geiner has not maintained perfect compliance, the parties agree that a custodial sentence is not warranted at this time. Accordingly, the parties stipulate to the dismissal of the petition and addenda without prejudice to re-raising the allegations if Mr. Geiner incurs additional violations.

Accordingly, the parties agree that the petition and addenda should be dismissed and that the hearing set for Friday, January 16, 2026, at 10:00 AM should be vacated.

Dated January 7, 2026.

Respectfully submitted,

| | |
|---|---|
| Rene L. Valladares | Todd Blanche |
| Federal Public Defender | United States Deputy Attorney General |
| | |
| */s/ Rick Mula* | */s/ Robert Knief* |
| Rick Mula | Robert Knief |
| Assistant Federal Public Defender | Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| United States of America, | |
|---|---|
| Plaintiff, | Case No. 2:24-cr-00183-APG-NJK |
| v. | **Order** |
| Robert Geiner, | |
| Defendant. | |

Good cause appearing, it is ordered that the parties' stipulation to dismiss the petition and addenda and vacate the hearing is GRANTED.

IT IS THEREFORE ORDERED that the petition (ECF No. 28) and addenda (ECF Nos. 38) are dismissed without prejudice.

IT IS FURTHER ORDERED that the hearing set for Friday, January 16, 2026, at 10:00 AM is vacated.

IT IS SO ORDERED.

DATED: January 8, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3